■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MURPHY, Appellant.—Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered on February 23, 1982, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Murphy, P. J., Kupferman, Ross, Lynch and Rosenberger, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BENEDETTO, Also Known as JOSEPH BEICHT, Appellant.—Determination of appeal from the judgment of the Supreme Court, New York County (Clifford Scott, J., at sentence; Luis Neco, J., at *Mapp* hearing), rendered on June 28, 1983, unanimously held in abeyance, and the application by appellant's assigned counsel to withdraw is granted. *(See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) Alternate counsel assigned as indicated. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Lynch and Rosenberger, JJ.